IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

HONSO USA, INC., JIPU ("DAN") WEN, and ROBERT HORAN, on behalf of himself and All Other Similarly Situated,

    Defendant.

CASE NO. CV 10 5596 WHA

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Eric D. Suben, Traub Lieberman Straus & Shrewsberry LLP, Mid-Westchester Executive Park, Seven Skyline Drive, Hawthorne, New York 10532, (914) 347-2600 whose business address and telephone number is and who is an active member in good standing of the bar of the United States District Court for the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Evanston Insurance Company

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 16, 2011.

*[Signed]* Judge William Alsup