IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

HONSO USA, INC., ROBERT HORAN, and JIPU "DAN" WEN,

    Defendants.

No. C 10-05596 WHA

**ORDER REGARDING LETTER FROM DEFENDANT WEN AND CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court received the appended letter from defendant Jipu "Dan" Wen on Friday, March 4, 2011. This order **CONTINUES** the case management conference in this matter to **APRIL 14, 2011** (the same day as the hearing on defendant Wen's motion to dismiss), at **3:00 P.M.**

    In the future, no party should communicate with the Court except through formal motion filed on the docket, and letters of this sort are not permitted.

**IT IS SO ORDERED.**

Dated: March 7, 2011.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE

Jipu "Dan" Wen
P.O. Box 12800
Tempe, AZ 85284


The Honorable William Alsup,
Judge, United States District Court
Phillip Burton Federal Building & United States Courthouse
16th floor
450 Golden Gate Avenue
San Francisco, CA 94102


Feb 28th, 2011

Dear Judge Alsup,

I have filed a motion to dismiss (Case NO. CV10-5596 DMR) for lack of personal jurisdiction. I live in Arizona and I am appearing *pro se* in this litigation.

I am being told that I am supposed to engage in discovery pursuant to FRCP Rule 26. But I would like to object to that scheduling pursuant to FRCP Rule 46 and Rule 26(a)(1)(C).

I would like to ask the court's permission to allow me not to be engaged in discovery and to not appear at the scheduled case management conference, at least until the court has decided whether it actually has personal jurisdiction over me.

I would like to ask the court's guidance on this matter.


Sincerely,

*[signature]*

Dan Wen

**From:** Jspu Wen
PO Box 1280
Tempe, AZ 85284

USPS PRIORITY MAIL
Label 107R, January 2008
Visit us at usps.com
UNITED STATES POSTAL SERVICE

ReadyPost
Document Mailer

9410249361

**To:** The Honorable William Alsup
Judge, United States District Court
Phillip Burton Fed Building
450 Golden Gate Ave
16th Floor
San Francisco, CA 94102